David Scheatzle (SBN 15319)
Erika Bailey Drake (SBN 16786C)
NEVADA LEGAL SERVICES
edrake@nevadalegalservices.org
701 E. Bridger Ave., Ste. 400
Las Vegas, NV 89101
P(702)386-0404, ext. 160
F(702)388-1641
Attorneys for Plaintiff

Nicole Leibow
United States Attorney's Office
Christopher Vieira
Law and Policy, SSA
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(816)936-5079
christopher.vieira@ssa.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA BEATTY, )<br>)<br>)<br>)<br>     Plaintiff, )<br>v. )<br>FRANK BISIGNANO, )<br>COMMISSIONER )<br>OF SOCIAL SECURITY, )<br>)<br>     Defendant. )<br>_____ ) | CASE NO.: 25-CV-1706-MDC<br><br>STIPULATION TO EXTEND<br>BRIEFING SCHEDULE |

-1-

IT IS HEREBY STIPULATED, by and between the parties, that plaintiff shall have a 31-day extension from March 6, 2026 to Monday April 6, 2026 (the 30th day falls on a Sunday).

This is plaintiff's first request for an extension due to press of business, but second extension due to posture of proceedings. Plaintiff makes this request because her primary counsel is spearheading a major project tackling 43,000 SNAP denials that impact Nevada Legal Services' potential and current clients and the press of business is very great. This request for extension is not made to interpose delay but to properly and adequately represent plaintiff.

Dated:  March 3, 2026                    /s/Erika Bailey Drake
                                         Erika Bailey Drake
                                         Attorney for Plaintiff


Dated: March 3, 2026                     /s/Christopher Vieira
*via email authorization*                Christopher Vieira
                                         Attorney for Defendant

David Scheatzle (SBN 15319)
Erika Bailey Drake (SBN 16786C)
NEVADA LEGAL SERVICES
edrake@nevadalegalservices.org
701 E. Bridger Ave., Ste. 400
Las Vegas, NV 89101
P(702)386-0404, ext. 160
F(702)388-1641
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA BEATTY, | ) CASE NO.: 25-CV-1706-MDC |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) ORDER EXTENDING BRIEFING |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | ) SCHEDULE |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to the parties' stipulation to extend the briefing schedule, IT IS ORDERED, that Plaintiff shall have an extension of 31 days from March 6, 2026 until April 6, 2026 to file her Brief in Support of her Complaint. All other scheduling dates set forth in the Supplemental Rules of Social Security Claims shall be extended accordingly.

DATED: March 10, 2026

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

-1-